UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON KLYNE aka CHRISTOPHER WATTS,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE BANK OF NEW YORK MELLON, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-01742-FLA (AGRx)<br><br>**JUDGMENT OF DISMISSAL AS TO DEFENDANT THE BANK OF NEW YORK MELLON [DKT. 82]** |

1

On January 23, 2023, the court granted the Motion for Judgment on the Pleadings filed by Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2006-45T1, Mortgage Pass-Through Certificates Series 2006-45T1 ("BNYM") as to each and every cause of action asserted against it in Plaintiff Devon Klyne's ("Plaintiff") Complaint.  Dkt. 82.  Accordingly, the court hereby ORDERS, ADJUDGES, and DECREES as follows:

    1.    Judgment is entered in favor of BNYM and against Plaintiff;

    2.    BNYM is hereby DISMISSED from this action with prejudice;

    3.    Plaintiff shall take nothing from BNYM by way of this action; and

    4.    BNYM, as the prevailing party, may seek its fees and costs to the extent permitted by law.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: January 26, 2023

                      FERNANDO L. AENLLE-ROCHA
                      United States District Judge